FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 FEB -2 PM 4: 53

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LEONARD P. MACHULAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV406-268 |
| | ) | |
| UNITED STATES AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Plaintiff filed an application for appointment of counsel in this Court on November 8, 2006. Doc. 1. In an order dated January 16, 2007, the Court denied his motion to proceed *in forma pauperis*. Doc. 5. Plaintiff has submitted a letter to the Court indicating that he did not intend to commence an action in this Court but is instead seeking this Court's "help" in achieving a disposition on his change of venue motion pending in the United States District Court for the District of New Jersey. Doc. 6. Only a district court where an action is pending, however, can order a change of venue. See Nat'l Equip. Rental, Ltd. v. Fowler, 287 F.2d 43, 46-7 (2nd Cir.

1961) ("The administration of justice would be chaotic indeed if one district court could order another to divest itself of jurisdiction and to transfer a case properly before it."); <u>Republic Precious Metals, Inc. v. Republic Precious Metals Corp.</u>, 575 F. Supp. 1256, 1258 (D. Minn. 1984) (28 U.S.C. § 1404(a), the statute governing transfer of cases, does not give a district court power to transfer a case commenced in another district). This Court, therefore, has no authority to direct the New Jersey District Court to resolve plaintiff's change of venue motion.

Since plaintiff has indicated that he never intended to file a complaint in this Court, the case should DISMISSED.

**SO REPORTED AND RECOMMENDED** this 2nd day of **February, 2007.**

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**