UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

```
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 MAR 12  PM 12: 22

CLERK _____
SO. DIST. OF GA.
```

| | |
|---|---|
| LEONARD P. MACHULAS,           )<br>                                )<br>      Plaintiff,               )<br>                                )<br>v.                              )   Case No. CV406-268<br>                                )<br>UNITED STATES AIR FORCE,        )<br>                                )<br>      Defendant.               )| |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12th day of MARCH, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA